

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Timothy Michael Strube

No. 06-20-00051-CR

Appeal from the County Court of Franklin County, Texas (Tr. Ct. No. 08879). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Timothy Michael Strube, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk